UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| In re: | |
|---|---|
| MIGUEL G. ALVAREZ, | Chapter 13 |
| | Case No. 19-50855-JAM |
| Debtor. | |

## STIPULATION

NOW COME the parties, through their respective undersigned counsel, and request that this Honorable Court enter the following stipulation as an order of the Court.

## STATEMENT OF MATERIAL FACTS

1. Miguel G. Alvarez (the "**Debtor**") is an individual who assert an ownership interest in the real property known as and numbered 300 Hillcrest Road, Bridgeport, Connecticut (the "**Property**").

2. U.S. Bank Trust National Association as trustee for Treehouse Series V Trust as serviced by Rushmore Loan Management Services LLC ("**U.S. Bank Trust**") has a principal place of business located at 7114 E. Stetson Drive, Suite 250, Scottsdale, Arizona.

3. On March 12, 2008, the Debtor and non-filing codebtor Mary Alvarez executed and delivered to Homecomings Financial, LLC (the "**Lender**") a note in the original amount of $297,000.00 (the "**Note**"). Simultaneously therewith, as security for the obligations under the Note, the Debtor and Codebtor executed and delivered to

Mortgage Electronic Registration Systems, Inc., as nominee for Lender a mortgage (the "**Mortgage**") on the Property.

4. U.S. Bank Trust is the assignee of the Mortgage.

### The Bankruptcy

5. On June 26, 2019, the Debtor filed a Chapter 13 petition, commencing the above-captioned case.

6. On August 25, 2020, at Doc. No. 106, the Court confirmed the Debtor's Sixth Amended Chapter 13 plan (the "**Plan**", Doc. No. 99), which provides for the cure of prepetition arrears and maintenance of ongoing post-petition payments owed pursuant to the Note and Mortgage.

7. On March 6, 2020, U.S. Bank Trust filed its motion for relief from stay regarding the Note, Mortgage and Property, alleging post-petition arrears owed as the grounds for relief from stay (the "**Motion for Relief**"). Doc. No. 46.

8. On June 8, 2020, the Parties filed a stipulation to resolve the Motion for Relief. Doc. No. 79.

9. The Stipulation provided that the Debtor would file an amended plan to include the post-petition arrears that had been incurred to date, in addition to timely remitting the regular ongoing monthly payments required pursuant to the Note and Mortgage. Id.

10. On October 24, 2022, counsel to U.S. Bank Trust sent a notice of default via email and first-class mail to Debtor's counsel (the "**Notice**").

11. The Notice outlined the Debtor's default on the stipulation which was in the amount of $20,096.85 consisting of post-petition payments for November 2021 through October 2022.

12. On December 23, 2022, U.S. Bank Trust filed an Affidavit of Debtor's Non-Compliance. Doc. No. 131.

WHEREAS, the parties hereto desire to resolve all differences between them, the parties STIPULATE and AGREE as follows:

A. The Debtor acknowledges and agrees that the monthly payment amount under the Note and Mortgage is currently $1,699.50. The Debtor also acknowledges and agrees that he is currently delinquent on his post-petition payments under the Note and Mortgage and, therefore, there exists good cause to grant U.S. Bank Trust relief from the automatic stay regarding the Property.

B. The Debtor acknowledges and agrees that the post-petition arrears, including the February 2022 payment, total $21,794.85 (the "**Post-Petition Arrears**"), comprised of the following:

  1. $11,716.18 in monthly mortgage payments for February 2022 through August 2022 (7 x $1,673.74); and

  2. $10,197.00 in monthly mortgage payments for September 2022 through February 2022 (6 x $1,699.50); less

  3. $118.33 that U.S. Bank Trust is holding as a post-petition credit.

C. The parties agree to the following:

  1. The Debtor shall pay the regular monthly mortgage payments on the Property as they become due, beginning with the March 1, 2023 payment; and    /s/ D.S.

  2. In addition to the regular monthly mortgage payments on the Property, the Debtor shall cure the arrears over the remaining life of the plan by making the following payments to U.S. Bank Trust or its

3

successor-in-interest:

    a. Twenty-nine (29) payments of $726.50 each on or before the fifteenth of each month, beginning with March 15, 2023 and ending with July 15, 2025; and /s/D.S.

    b. One (1) monthly payment of $726.35 on or before August 25, 2025.

3. IF THE DEBTOR FAILS TO MAKE THE PAYMENTS IN THE AMOUNTS AND BY THE DEADLINES DESCRIBED IN PARAGRAPH C(1) OR C(2) OF THIS STIPULATION, U.S. BANK TRUST (OR ITS SUCCESSORS-IN-INTEREST, IF ANY) MAY FILE A CERTIFICATE OF NONCOMPLIANCE (THE "CERTIFICATE") THAT WILL REQUEST, AMONG OTHER THINGS, THAT THIS COURT GRANT U.S. BANK TRUST RELIEF FROM THE AUTOMATIC STAY, WITHOUT FURTHER HEARING, SO THAT U.S. BANK TRUST MAY PURSUE ITS RIGHTS AND REMEDIES PURSUANT TO THE NOTE AND MORTGAGE INCLUDING BUT NOT LIMITED TO PURSUING ITS RIGHT TO FORECLOSE THE MORTGAGE AND TO PURSUE SUMMARY PROCESS PROCEEDINGS.

4. The Debtor shall have the right to object to the Certificate only on the basis that the payments were made timely under this Stipulation Agreement. All reasonable costs associated with the preparation and filing of the Certificate will be charged to the Debtor's mortgage account.

5. All payments shall be made to the payment address provided on the Claims Register, and will clearly state the loan number on the payment.

D. By entering into this Stipulation, U.S. Bank Trust in no way waives or forfeits its rights to collect any pre-petition or post-petition arrears under applicable law, and in no way alters the terms, conditions, or its rights under the Note and Mortgage.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR TREEHOUSE SERIES V TRUST AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES LLC, | MIGUEL G. ALVAREZ, |
| By its attorneys, | By his attorney, |
| DEMERLE HOEGER LLP, | |
| /s/ David A. Shaw | /s/ |
| David A. Shaw, Esq. CT00417<br>10 City Square, 4th Floor<br>Boston, MA 02129<br>(617) 337-4444<br>Bankruptcy@DHNewEngland.com | Russell Gary Small, Esq.<br>Merritt Medical Center<br>3715 Main Street, Suite 406<br>Bridgeport, CT 06606<br>(203) 396-0100<br>Russell@rgsmall.com |

**IT IS SO ORDERED** at Bridgeport, Connecticut this 14th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

5